**Dismissed and Memorandum Opinion filed January 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00889-CV

_____

**AKILAH WILLERY, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE,**
**Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 994882**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment in a forcible detainer action signed September 26, 2011, 2011. According to the clerk's record in this appeal, a writ of possession was issued on October 24, 2011. If a defendant in a forcible detainer action is no longer in possession of the premises, then an appeal from the forcible detainer judgment is moot unless the defendant asserts a potentially meritorious claim of right to current, actual possession of the premises. *Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 787

(Tex. 2006); *Wilhelm f. Federal Nat. Mortg. Ass'n,* 349 S.W.3d 766, 768 (Tex. App.—Houston [14th Dist.] 2011, no pet.).

On January 10, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal as moot unless appellant filed a response within ten days demonstrating that this court has jurisdiction over the appeal.   *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and Jamison.